Atlas Upholstering Company, appellee, v. Morris Forman, trading as Forman's Furniture Store, appellant. Gen. No. 30,708.

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Albert B.

George, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed May 25, 1926.

Cline C. Brosius, for appellant. Weil, Ward & Adams, for appellee; Leo L. Weil, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.